IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOUTHWEST CAPITAL INVESTMENTS, LLC.,** : | CIVIL ACTION NO. 3:06-CV-2176 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **SHARON ANN GIMBI**, : | |
| **Defendant** : | |

## ORDER

AND NOW, this 29th day of July, 2011, upon consideration of the motion for reconsideration (Doc. 14), filed by defendant Sharon A. Gimbi ("Gimbi"), wherein Gimbi seeks reconsideration of the order of court (Doc. 13) dated April 25, 2011 denying Gimbi's "motion for a 60-B motion[,]" and it appearing that the purpose of a motion for reconsideration is "to present newly discovered evidence" or "to correct manifest errors of law or fact[,]" Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985), and the court finding that Gimbi has neither presented newly discovered evidence nor demonstrated that the April 25 order contains a manifest error of law or fact, and the court concluding that Gimbi is not entitled to the relief requested in the pending motion, it is hereby ORDERED that the motion for reconsideration (Doc. 14) is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge